NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEPHEN RABOW,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-2863
                                        )
KIMBERLY McCLURE,                       )
                                        )
            Appellee.                   )
                                        )
_____ )

Opinion filed May 11, 2018.

Appeal from the Circuit Court for Sarasota
County; Stephen Walker, Judge.

Stephen Rabow, pro se.

Dana J. Watts, Sarasota, for Appellee.

PER CURIAM.

            Affirmed.

VILLANTI, MORRIS, and ATKINSON, JJ., Concur.